RECEIVED
JUN 1 3 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

FREDDIE R. LEWIS

VERSUS

BOSSIER PARISH, ET AL

CIVIL ACTION NO. 5:06CV179 Sec P
JUDGE HICKS
MAG. JUDGE HORNSBY

## ORDER

Considering the foregoing motion for court to respond to plaintiff's emergency motion (doc #8), doc #15;

**IT IS HEREBY ORDERED** _____ GRANTED ____✓__ DENIED *

THUS DONE AND SIGNED at Shreveport, LA, on this __13__ day of June, 2006.

Mark L. Hornsby
United States Magistrate Judge

**Order**

*Denied. Plaintiff continues to confuse the proceedings in this case (06-179) with the proceedings in his civil rights case (06-453). The court will take up plaintiff's matters in due course. Plaintiff has not shown that he should be given expedited, preferential treatment in the handling of his matters.

6-13-06