**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| FREDDIE R. LEWIS | CIVIL ACTION NO. 06-179-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| WARDEN BOSSIER PARISH MAXIMUM SECURITY FACILITY | MAGISTRATE JUDGE HORNSBY |

**ORDER**

Before the Court is a Motion to Recuse Magistrate Judge Hornsby (Record Document 18) filed by plaintiff Freddie R. Lewis. Title 28, United States Code, Section 455 governs this Court's ruling on the motion to recuse. "The § 455 determination . . . should rest upon extra-judicial rather than judicial conduct." Hepperle v. Johnston, 590 F.2d 609, 614 (5th Cir. 1979) (citations omitted). If the petitioner's grievance concerns only judicial conduct, i.e., complaining of prior rulings by the court, such allegations are insufficient grounds for disqualification. See id.

Here, plaintiff Freddie R. Lewis' motion to recuse concerns only judicial conduct, namely prior rulings by the court. Thus, under section 455, his allegations are insufficient to disqualify Magistrate Judge Hornsby. Accordingly,

**IT IS ORDERED** that the Motion to Recuse Magistrate Judge Hornsby (Record Document 18) be and is hereby **DENIED**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 30th day of June, 2006.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE