UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| FREDDIE R. LEWIS | CIVIL ACTION NO. 06-179-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| WARDEN BOSSIER PARISH MAXIMUM SECURITY FACILITY | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

Before the Court is the Report and Recommendation (Record Document 22) of the Magistrate Judge. Petitioner, Freddie R. Lewis, has filed objections to the Report and Recommendation. See Record Document 24.[1]

The Report and Recommendation of the Magistrate Judge stated that the "face of Petitioner's petition indicates that he has not presented his claims to the appropriate state courts for review and determination." Record Document 22 at 3. This Court agrees, as nothing in Petitioner's objections evidence that he has exhausted his available state remedies prior to his filing his petition in federal court. In his objections, Petitioner also references claims for false arrest, false imprisonment, and conditions of confinement. Such claims are not relevant to Petitioner's petition for writ of habeas corpus and should be asserted in a civil rights action. Finally, in his objections, Petitioner seems to reargue a previously filed motion (Record Document 8) for immediate release. The Magistrate Judge directed that such motion be filed as a new 42 U.S.C. § 1983 complaint. See Record Document 9. The reasoning of that ruling remains sound and, again, Petitioner is

---

[1] In the first paragraph of his objections, Petitioner asks the Court for an extension of time to file written objections. After making this request, Petitioner proceeds with thirteen pages of written objections. In light of these exhaustive objections, the Court **denies** the motion for extension of time.

directed to make such claims in a civil rights case.

Accordingly,

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections filed by Petitioner, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Petitioner's petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, on this 1st day of August, 2006.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE